1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| LORETTA BENNETT, | Civil No. C07-5574BHS-JKA |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including April 10, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including April 25, 2008, to file Plaintiff's Reply Brief.

DATED this 6th day of March, 2008.

*/s/ J. Kelley Arnold*

Page 1          ORDER - [3:07-cv-05574-BHS-JKA]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAVID M. BLUME
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2212
Fax:   206-615-2531
David.Blume@ssa.gov

Page 2          ORDER - [3:07-cv-05574-BHS-JKA]