**The Honorable Benjamin H. Settle**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORETTA BENNETT, | ) |
| Plaintiff, | ) No. C07-05574-BHS |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ORDER |
| Defendant. | ) |

The Court hereby awards Plaintiff $3,961.75 in attorney fees and $54.01 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $15.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $4,031.26.

DATED this 17th day of June, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Order