# United States District Court

WESTERN DISTRICT OF WASHINGTON

LORETTA BENNETT

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5574BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby awards Plaintiff $3,961.75 in attorney fees and $54.01 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d), and $15.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $4,031.26.

| | |
|---|---|
| June 18, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |