# United States District Court

WESTERN DISTRICT OF WASHINGTON

LORETTA BENNETT

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5574BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $26,051.25 in accordance with 42 U.S.C. § 406(b). Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $3,961.75, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

| July 31, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | By, Deputy Clerk |